IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELL PULLETT,

    Petitioner,        No. CIV S 07-1755 FCD DAD P

    vs.

UNKNOWN,

    Respondent.        <u>ORDER</u>

                                        /

On January 17, 2008, this court granted petitioner a final thirty days to file a petition for writ of habeas corpus and file an application to proceed in forma pauperis or pay the required filing fee. Due to a docketing error, this court was unaware that petitioner had paid the filing fee on November 6, 2007. Pursuant to this court's January 17, 2008 order, petitioner is still required to file a petition for writ of habeas corpus to proceed with this action. However, having paid the filing fee, petitioner is not required to file an application requesting leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: January 29, 2008.

DAD:9
pull1755.fee

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE