# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELL PULLETT,** | **1: 08 CV 00250 AWI  WMW HC** |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, AND DISMISSING ACTION** |
| v. | |
| | [Doc. 28, 41] |
| **ANTHONY HEDGPETH, WARDEN,** | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 29, 2008, the Magistrate Judge filed findings and recommendations herein that recommended the court grant Respondent's motion to dismiss and dismiss the petition because it contains an unexhausted claim.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on September 26, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  In the objections, Petitioner complains that he has had difficulty presenting his unexhausted claims to the state courts.   Petitioner cites to delays in obtaining his transcripts from another prisoner who was assisting him and his own lack of education.  While the court is not unsympathetic to Petitioner's delays in presenting his claims to the state court, this court cannot appoint counsel to help in a state court proceedings under the facts of this case.   At this time, the court is left with a petition containing only an unexhausted claim.   As such, the court has no choice put to dismiss the petition.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on August 29, 2008, are adopted in full;
2. Respondent's motion to dismiss is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED without prejudice for failure to exhaust state judicial remedies;
4. All pending motions are DENIED as moot; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:     October 8, 2008**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE